**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**LUCAS COUNTY FARM BUREAU COOPERATIVE ASSOCIATION, INC., Respondent.**

No. 76–1416.

United States Court of Appeals, Sixth Circuit.

June 29, 1977.

Edward A. Lebit, McCarthy & Greenwald Co., L.P.A., Cleveland, Ohio, for petitioners-appellants.

Scott P. Crampton, Gilbert Andrews, Asst. Attys. Gen., Robt. A. Bernstein, Mary L. Jennings, Tax Div., U. S. Dept. of Justice, Meade Whitaker, Chief Counsel, I. R. S., Washington, D. C., for respondent-appellee.

Before CELEBREZZE and LIVELY, Circuit Judges, and CECIL, Senior Circuit Judge.

### ORDER

Elliott Moore, Deputy Associate Gen. Counsel, Robert Giannasi, Alan Banov, N. L. R. B., Washington, D. C., Bernard Levine, Director, Region 8, N. L. R. B., Cleveland, Ohio, for petitioner.

Rankin M. Gibson, Peter J. Gee, Lucas, Prendergast, Albright, Gibson, Brown &

Newman, W. Joseph Strapp, Columbus, Ohio, for respondent.

Before WEICK and EDWARDS, Circuit Judges, and CECIL, Senior Circuit Judge.

## ORDER

On receipt and consideration of a petition for enforcement of the Board's order in the above-styled case; and

Noting that the Board, after hearing, issued a decision and order, reported at 218 N.L.R.B. No. 174 (1975), finding that respondent Cooperative had violated § 8(a)(5) and (1) of the National Labor Relations Act, 29 U.S.C. § 158(a)(5) and (1) (1970), by withdrawing recognition from the union without sufficient evidence of a good faith doubt of the union's majority status and by refusing to discuss a grievance with the union; and

Noting that the record shows that the Cooperative and the union [1] had had a bargaining relationship based upon Board certification from 1959 until July of 1974; and

Noting further the Board's finding that the reasons asserted by the Cooperative for a good faith doubt did not provide an objective basis for such good faith doubt of the union's majority; and

Further finding on review of this record that the Board's finding in this regard is supported by substantial evidence on the whole record,

Now, therefore, enforcement of the Board's order is granted.

---

1. American Federation of Grain Millers Inter-national Union, AFL–CIO, Local 58.